UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JACOB I. LEIFER, individually and on behalf of
all others similarly situated,

                Plaintiff,

  v.

UNITED COLLECTION BUREAU, INC.,

                Defendant.
----------------------------------------------------------------X

JUDGMENT

19-cv-03926-FB-LB

      A Memorandum and Order of the Honorable Frederic Block, United States District Judge, having been filed on November 5, 2020, granting Defendant's motion to dismiss for failure to state a claim; and denying Defendant's motion for costs, fees, and Rule 11 sanctions; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss for failure to state a claim is granted; that Defendant's motion for costs, fees, and Rule 11 sanctions is denied, but the law firm of Barshay Sanders, PLLC is hereby warned that frivolous litigation may lead to the imposition of sanctions in the future.

Dated: Brooklyn, New York  
       November 6, 2020

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk